UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

KATIA NICHOLS

   v.                                                                   CASE NO. 3:23CV976(MPS)

COMMISSIONER OF SOCIAL SECURITY

## JUDGMENT

This action having come on for consideration of the Defendant's Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. §405(g) with Reversal and Remand before the Honorable Michael P. Shea, United States District Judge; and

The Court having considered the motion and the full record of the case including applicable principles of law, and having filed its ruling on September 18, 2023, granting the motion, it is hereby

ORDERED ADJUDGED and DECREED that the case is remanded for additional administrative proceedings.

Dated at Hartford, Connecticut, this 19th day of September 2023.

DINAH MILTON KINNEY, Clerk

By   /s/ Devorah Johnson
      Devorah Johnson
      Deputy Clerk

EOD   09/19/23